UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD MARSHALL BOWMAN,<br><br>Plaintiff,<br><br>v.<br><br>ELDON VAIL *et al.*,<br><br>Defendants. | CASE NO. C09-5510 FDB<br><br>ORDER TO PROVIDE SERVICE DOCUMENTS |

This 42 U.S.C. § 1983 action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b) (1) (A) and 636 (b) (1) (B) and Local Magistrates Judges' Rules MJR 1, MJR 3, and MJR 4. Plaintiff has been granted leave to proceed *in forma pauperis.* Plaintiff was ordered to amend the complaint and he has done so (Dkt. # 9). The amended complaint names as defendants Eldon Vail, Christine Gregoire, and Michael Hopkins (Dkt. # 9). Plaintiff has not provided service copies of the complaint nor filled out Marshal's service forms despite the court ordering him to do so by October 9, 2009 (Dkt. # 5). Instead plaintiff sent a letter stating he has limited resources and will send copies as soon as possible (Dkt. # 10).

ORDER - 1

| | |
|---|---|
| 1 | Plaintiff will provide the service copies and filled out Marshal forms by November 20, |
| 2 | 2009 or this court will recommend dismissal of this action for failure to comply with a court |
| 3 | order and failure to prosecute. |

Plaintiff will provide the service copies and filled out Marshal forms by November 20, 2009 or this court will recommend dismissal of this action for failure to comply with a court order and failure to prosecute.

The Clerk's Office is directed to send a copy of this order and three Marshal's service forms to Mr. Bowman and note the November 20, 2009, deadline on the court's calendar.

DATED this 20th day of October, 2009.

/s/ J. Richard Creatura

J. Richard Creatura
United States Magistrate Judge

ORDER - 2