# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

RICHARD MARSHALL BOWMAN,

    Plaintiff,

v.

STATE OF WASHINGTON, *et al.*,

    Defendants.

No. 09-5510 FDB

ORDER ADOPTING REPORT AND RECOMMENDATION GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO DISMISS

In this prisoner civil right action, the Magistrate Judge recommends that the Defendant's Motion to Dismiss be granted in part and denied in part. Claims relating to the Fourteenth Amendment and Due Process should be dismissed with prejudice. The Motion to Dismiss the Eighth Amendment claims should be denied. Neither party has filed objections to the Report and Recommendation.

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The claim relating to the Fourteenth Amendment and Due Process is **DISMISSED WITH PREJUDICE.** The Motion to Dismiss the Eighth Amendment claim is **DENIED.**

(3) The Clerk is directed to send copies of this Order to Plaintiff, and to the Hon. J. Richard Creatura.

ORDER ADOPTING REPORT AND RECOMMENDATION- 1

1  (4) The remaining claim is re-referred to the Magistrate Judge for further proceedings.

2
3  DATED this 16th day of February, 2010.
4
5
6
7  FRANKLIN D. BURGESS
   UNITED STATES DISTRICT JUDGE
8

ORDER ADOPTING REPORT AND RECOMMENDATION- 2