UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD MARSHALL BOWMAN,<br><br>  Plaintiff,<br><br> v.<br><br>STATE OF WASHINGTON, *et al*.,<br><br>  Defendants. | No. 09-5510BHS/JRC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME |

   This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judges' Rules MJR 1, MJR 3, and MJR 4.

   Before the court is plaintiff's motion for an extension of time to respond to a pending motion for summary judgment (Dkt. # 38).  Plaintiff's response was received August 18, 2010.  The response will be considered and the motion is GRANTED.

   Defendants will have until October 1, 2010 to file a reply and the motion for summary judgment (Dkt. # 37) is re-noted for October 1, 2010 on the court's own motion

ORDER - 1

1  The Clerk's Office is directed to send plaintiff a copy of this order and re-note the motion
2  for summary judgment (Dkt. #37) for October 1, 2010.
3  DATED this 21st day of September, 2010.

*[signature]*

J. Richard Creatura
United States Magistrate Judge

ORDER - 2