UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD MARSHALL BOWMAN,<br><br>                      Plaintiff,<br><br>    v.<br><br>STATE OF WASHINGTON, *et al.*,<br><br>                      Defendants. | No. 09-5510BHS/JRC<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME |

This 42 U.S.C. § 1983 civil rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judges' Rules MJR 1, MJR 3, and MJR 4. Before the court is defendants' motion for an extension of time to file a joint status report (ECF No. 47). A Report and Recommendation to dismiss the action is pending (ECF No. 44). Plaintiff has responded and objects to the motion for an extension of time (ECF No. 50).

The motion is GRANTED. If the Report and Recommendation is not adopted, a Joint Status report will be due 21 days from the date the order rejecting the Report and Recommendation is entered.

ORDER - 1

The Clerk's Office is directed to send plaintiff a copy of this order.

DATED this 25th day of January, 2011.

*J. Richard Creatura*
United States Magistrate Judge

ORDER - 2