# United States District Court

WESTERN DISTRICT OF WASHINGTON

RICHARD MARSHALL BOWMAN,

               v.

STATE OF WASHINGTON; et al.,

JUDGMENT IN A CIVIL CASE

Case No. C09-5510BHS

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)     Bowman's objections are **OVERRULED**;
(2)     The Report and Recommendation is **ADOPTED**;
(3)     The claim against Hopkins is **DISMISSED with prejudice**; and
(4)     Bowman's claims against the remaining Defendants are **DISMISSED without prejudice**.

February 3, 2011
Date

WILLIAM M. McCOOL
Clerk

*s/ Mary Trent*
Deputy Clerk